FILED

07 DEC 19 PM 3:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN MARIA RODRIGUEZ (1),<br>MARGARITA HEREDIA-VARGAS (2),<br>MARTIN MORALES LOZANO-VARGAS (3),<br>JESUS TRAPERO-ZAZUETA (4),<br>ADAN MAGANA JR. (5),<br>Defendants. | Criminal Case No. '07 CR 3415 DMS<br>I N D I C T M E N T<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute;<br>Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

On or about December 8, 2007, within the Southern District of California, defendants CHRISTIAN MARIA RODRIGUEZ, MARGARITA HEREDIA-VARGAS, MARTIN MORALES LOZANO-VARGAS, JESUS TRAPERO-ZAZUETA, and ADAN MAGANA JR. did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 382.9 kilograms (842.4 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 19, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:fer:Imperial
12/19/07