# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Margarita Heredia-Vargas )

CASE NUMBER 07CR3415-DMS

ABSTRACT OF ORDER

Booking No. 05775298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 12/21/07

the Court entered the following order:

✓ Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 35,000 bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for ______ years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

______ Case Dismissed.

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other. ______

2007 DEC 21 P 1:46

EB

______
UNITED STATES MAGISTRATE JUDGE

OR

Received ______ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by Teresa Alvarez Romero
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY