**NORMA A. AGUILAR**
California State Bar No. 211088
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. Heredia-Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARGARITA HEREDIA-VARGAS, Defendant. | CASE NO. 07CR3415-DMS<br>**DECLARATION OF MARGARITA HEREDIA-VARGAS IN SUPPORT OF MOTIONS** |

I, Margarita Vargas state as follows, under penalty of perjury:

1. I am the defendant in this case. I was born February 19, 1943.

2. On December 8, 2007, I was arrested at the Imperial Sand Dunes.

3. At the time of the arrest, there were a lot of law enforcement agents who arrested me and the other co-defendants. They were armed and spoke to us very aggressively. There were so many agents, I could not keep track of how many there were.

4. I was interrogated very early in the morning. I was very tired, scared and confused.

5. I did not understand all of my rights, when I was interrogated.

//

//

I swear that to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 3-12-08

Margarita H Vargas

Margarita Vargas
Declarant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, ) Case No. 07CR3415-DMS
)
v. )
) **CERTIFICATE OF SERVICE**
**MARGARITA HEREDIA-VARGAS,** )
)
Defendant. )
)

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Peter Mazza, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: March 12, 2008

*/s/Norma Aguilar*
**NORMA A. AGUILAR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: norma_aguilar@fd.org