KAREN P. HEWITT
United States Attorney
PETER J. MAZZA
Assistant U.S. Attorney
California State Bar No. 239918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5528 / (619) 235-2757(Fax)
Email: peter.mazza@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN RODRIGUEZ, et al.,<br><br>Defendant. | Criminal Case No. 07-CR-3415-DMS<br><br>DATE: May 9, 2008<br>TIME: 1:30 a.m.<br><br>**JOINT MOTION TO CONTINUE SUPPRESSION HEARING** |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Peter J. Mazza, and defendant Christian Maria Rodriguez , by and through his counsel, Jeremy D. Warren; defendant Margarita Heredia-Vargas, by and through her counsel, Norma A. Aguilar; defendant Martin Morales Lozano-Vargas, by and through his counsel, Holly S. Hanover; defendant Adan Magana, by and through his counsel, Robert C. Schlein, herein jointly request this Court to continue the suppression hearing currently set for May 9, 2008, at 1:30 p.m to June 6, at 1:30 p.m.

Respectfully submitted,
Karen P. Hewitt
United States Attorney

DATED: April 24, 2008.

s/*Peter J. Mazza*
Peter J. Mazza
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

DATED: April 24, 2008.

*s/Jeremy D. Warren*
Jeremy D. Warren, Esq.
Law Offices of Jeremy Warren
Attorney for Defendant
Christian Maria Rodriguez

DATED: April 24, 2008.

*s/Norma A. Aguilar*

Norma A. Aguilar, Esq.
Federal Defenders of San Diego, Inc.
Attorney for Defendant,
Margarita Heredia-Vargas

DATED: April 24, 2008.

*s/Holly S. Hanover*
Holly S. Hanover, Esq.
Law Offices of Holly S. Hanover
Attorney for Defendant,
Martin Morales Lozano-Vargas

DATED: April 24, 2008.

*s/Robert C. Schlein*
Robert C. Schlein, Esq.
Robert Schlein and Associates
Attorney for Defendant,
Adan Magana, Jr.

///

///

///

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN MARIA RODRIGUEZ, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-CR-3415-DMS<br><br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Peter J. Mazza, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Joint Motion to Continue Supression Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jeremy D. Warren, Esq.
2. Norma A. Aguilar, Esq.
3. Holly S. Hanover, Esq.
4. Robert C. Schlein, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008.

s/ *Peter J. Mazza*
Peter J. Mazza