# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN RODRIGUEZ, et al.,<br>Defendant. | Criminal Case No. 07-CR-3415-DMS<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF SUPPRESSION HEARING** |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's suppression hearing be continued from May 9, 2008, at 1:30 p.m. to June 6, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: April 24, 2008

[signature]

HON. DANA M. SABRAW
United States District Judge