FILED
SEP 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARGARITA HEREDIA-VARGAS (2), Defendant. | ) | Case No. 07CR3415-DMS<br>INFORMATION (Superseding)<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about December 9, 2008, within the Southern District of California, defendant MARGARITA HEREDIA-VARGAS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, defendant MARGARITA HEREDIA-VARGAS did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Federal Bureau of Investigation Special Agent Ronald Ribail that she did not know there were packages in her motor home, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 9/15/08.

KAREN P. HEWITT
United States Attorney

[signature]
PETER J. MAZZA
Assistant U.S. Attorney