AO 455(Rev. 5/85) Waiver of Indictment

FILED
SEP 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

MARGARITA HEREDIA-VARGAS (2)

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3415-DMS

I, MARGARITA HEREDIA-VARGAS, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 9/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Margarita H. Vargas
MARGARITA HEREDIA-VARGAS
Defendant

[signature]
NORMA AGUILAR
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER